| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case. No.  2:10-MJ-0099 EFB |
| v. | ) | |
| | ) | |
| SHAWN VICTOR WEBBER | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:    SHAWN VICTOR WEBBER  #AC 7500
Detained at (custodian):
Detainee is:    a.)    (X) charged in this district by: () Indictment   () Information   (X) Complaint
                     charging detainee with: 18 U.S.C. § 2113(a) - Bank Robbery (4 Counts),

    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ MICHELLE RODRIGUEZ |
| Printed Name & Phone No: | MICHELLE RODRIGUEZ, Tel: 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: May 17, 2010.

                                       Hon. Edmund F. Brennan
                                       United States Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male |
| Booking or CDC #: | #AC 7500 | DOB: 8/23/1974 |
| Facility Address: | High Desert State Prison (HDSP) | Race: White |
| | 475-750 Rice Canyon Rd. | FBI #: 307733MC9 |
| | Susanville, California  96127 | |
| Facility Phone: | (530) 251-5100 | |
| Currently Incarcerated For: | 459 PC, Burglary | |

---

**RETURN OF SERVICE**

Executed on  _____    By: _____
                                                                                    (Signature)