DANIEL BRODERICK
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant/Movant/Petitioner
SHAWN WEBBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 10-CR-227 |
| Plaintiff, | **STIPULATED MOTION TO CORRECT SENTENCE; ORDER** |
| v. | |
| SHAWN WEBBER, | |
| Defendant/Movant. | |

    Defendant, SHAWN WEBBER, by and through his attorney, Lexi Negin, of the Office of the Federal Defender, and with stipulation of Assistant United States Attorney Michelle Rodriguez hereby moves for the following relief.

    1.    Pursuant to 28 U.S.C. §2241, this court is empowered to vacate, set aside, amend, or correct a federal sentence.

    2.    Defendant moves under 28 U.S.C. § 2241 for correction of the defendant's sentence. At the time Mr. Webber was sentenced, he was in federal court on a writ from a state court sentence, thus he was in primary state custody. Mr. Webber entered into a plea agreement whereby he and the government agreed that his federal sentence should run fully concurrently with the state court sentence he was serving from Butte County case # CM32553. The parties agreed explicitly that the date his federal sentence credit would begin was April 1, 2010.

3. The United States District Court's Judgment and Commitment order specified that the federal sentence of 57 months "shall run concurrently to Butte County Superior Court Case # CM 32553" and to be even more clear the Order says "Credit for Time Served from 4/1/2010."

4. The Bureau of Prisons has not credited Mr. Webber for his federal sentence dating back to April 1, 2010. Instead, the Bureau of Prison has run the federal sentence credit concurrently with the state sentence as of the date of the federal sentence, November 22, 2010, rather than April 1, 2010. Thus, Mr. Webber's federal sentence will be approximately 8 months longer than the parties and the Court intended.

5. Defense counsel and the government ask that this Court grant the relief set forth below. They ask that the Court amend the sentence in this case to 49 months so that Mr. Webber will serve the amount of time the parties agreed and that the Court ordered.

Accordingly, Mr. Webber requests the Court enter the lodged order attached hereto and that the order be served on the United States Marshals Office and the Bureau of Prisons.

Dated: January 2, 2013

    Respectfully submitted,

        DANIEL BRODERICK
        Federal Defender

By:   /s/ Lexi Negin
      LEXI NEGIN
      Assistant Federal Public Defender
      Attorney for SHAWN WEBBER

      BENJAMIN WAGNER

      */s/ MichelleRodriguez*
      MICHELLE RODRIGUEZ
      Assistant United States Attorney

//
//

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00227 MCE |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SHAWN WEBBER, | ) | |
| Defendant/Movant. | ) | |

After reviewing the motion and the file in this matter, and good cause appearing therefore, the court hereby ORDERS that the November 22, 2010, sentence of SHAWN WEBBER, in Case Number 2:10-cr-00227, is hereby AMENDED to read as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 49 months, on each of Counts 1, 2, 3, and 4, to be served concurrently to one another, for a total term of 49 months. The sentence shall run concurrently to Butte County Superior Court Case #CM32553.

IT IS SO ORDERED.

Dated: January 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE